## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMANA INC.,               ) <br>           Plaintiff,         ) <br>                         ) <br>    v.                        ) <br>                         ) <br> BIOGEN, INC. (f/k/a BIOGEN IDEC, INC.)) <br> and ADVANCED CARE SCRIPTS INC.,    ) <br>                         ) <br>          Defendants.       ) <br> _____ ) | Civil Action No. 1:21-cv-11578 |

## JOINT STIPULATION AND [PROPOSED] ORDER
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

On this first day of November, 2021, it is hereby stipulated and agreed among counsel for Plaintiff Humana Inc. ("Plaintiff") and Defendants Biogen Inc. and Advanced Care Scripts Inc. (collectively, "Defendants"), subject to the Court's approval, as follows:

1.      Each Defendant shall answer, move, or otherwise respond to the Complaint on or before January 14, 2022.

2.      Each Defendant's memorandum in support of its motion to dismiss the Complaint may be no more than thirty (30) pages.

3.      Plaintiff shall oppose any such motions filed by Defendants on or before February 11, 2022.

4.      Plaintiff's memorandum in opposition to any such motions filed by Defendants may be no more than thirty (30) pages.

5.      Each Defendant may file a reply of no more than twelve (12) pages to any such Plaintiff's opposition.

6.      Each Defendant's reply to an opposition filed by Plaintiff shall be filed on or
before February 21, 2022.

7.      Plaintiff may file a sur-reply of no more than twelve (12) pages to any such reply
filed by a Defendant.

8.      Any such sur-reply filed by Plaintiff shall be filed on or before March 3, 2022.

9.      In the event a Defendant files such a motion on or by January 14, 2022, that
Defendant's time to file an answer to the Complaint is stayed pending resolution
of the motion.

WHEREFORE, the Parties respectfully request that the Court enter this Stipulation as its
Order, as set forth herein.

IT IS SO STIPULATED.

Dated:

_____
The Honorable Chief Judge F. Dennis Saylor, IV

Dated: November 1, 2021

Respectfully Submitted,

/s/ Justin P. O'Brien
Justin P. O'Brien (BBO #658765)
William J. Lovett (BBO #643525)
LOVETT O'BRIEN LLP
1 Beacon Street, Suite 1320
Boston, MA 02108
617-603-0748 phone
617-314-0447 fax
Email: jobrien@lovettobrien.com
wlovett@lovettobrien.com

Scott C. Solberg*
James W. Joseph*
Benjamin E. Waldin*
Sarah H. Catalano*
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
Email: ssolberg@eimerstahl.com
jjoseph@eimerstahl.com
bwaldin@eimerstahl.com
scatalano@eimerstahl.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff Humana Inc.*

/s/ Matthew J. O'Connor
Matthew J. O'Connor (BBO #631259)
Phyllis A. Jones*
Ashley E. Bass*
COVINGTON & BURLING LLP
One CityCenter, 850 10th Street, NW
Washington, DC 20001
(202) 662-6000
moconnor@cov.com
pjones@cov.com
abass@cov.com

*Pro hac vice application forthcoming*
*Counsel for Defendant Biogen Inc.*

/s/ Mark D. Smith
Mark D. Smith (BBO # 542676)
Marc C. Laredo (BBO # 543973)
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA  02110
617-443-1100 (phone)
617-443-1174 (fax)
smith@laredosmith.com
laredo@laredosmith.com

*Attorneys for Defendant Advanced Care Scripts Inc.*

3

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by CM/ECF and e-mail on November 1st, 2021.

/s/ Matthew O'Connor
Matthew O'Connor (BBO #631259)
COVINGTON & BURLING LLP
One CityCenter, 850 10th Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Defendant Biogen Inc.*