**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Humana, Inc.**
    Plaintiff

              CIVIL ACTION

  V.

              NO.  1:21-11578-FDS

**Biogen, Inc. et al**
    Defendant

## ORDER OF DISMISSAL

Saylor, C. J.

  In accordance with the Court's Memorandum and Order dated March 31, 2023, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                 By the Court,

 3/31/2023             /s/ Flaviana de Oliveira
  Date              Deputy Clerk